IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FILED

| | | |
|---|---|---|
| JOHN LEKKA, | : | CIVIL ACTION |
| Petitioner, | : | |
| | : | |
| | : | |
| | : | |
| JOHN W. KERESTES, et al. | : | |
| Respondents. | : | NO. 13-3726 |

ORDER

LEGROME D. DAVIS, J.

AND NOW, this ___20th___ day of ___Nov.___, 2013, upon careful and independent

consideration of the petition for Writ of *Habeas Corpus*, and after review of the Report and

Recommendation of United States Magistrate Judge Linda K. Caracappa, IT IS ORDERED that:

    i.     The Report and Recommendation is APPROVED and ADOPTED.

    ii.     The petition for Writ of *Habeas Corpus* is STAYED and held in
        ABEYANCE until the conclusion of petitioner's state court proceedings.

    iii.     Petitioner shall notify this federal court within forty-five (45) days
        following the conclusion of his state court proceedings. If petitioner does
        not return to federal court within forty-five (45) days following the
        conclusion of state proceedings, this stay and abeyance order is vacated and
        his petition is dismissed without prejudice.

    iv.     There is no probable cause to issue a certificate of appealability.

    v.     The Clerk of the Court shall mark this case closed for statistical purposes.

BY THE COURT:

/s/ Legrome D. Davis

**ENTERED**

NOV 2 1 2013    LEGROME D. DAVIS, J.

**CLERK OF COURT**